FILED

00 AUG 14

U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

FAYRENE PICKARD, on behalf of }
herself and others similarly }
situated, }
                                           }
    Plaintiff,               }    CIVIL ACTION NO.
                                           }
v.                                          }    00-AR-1519-J
                                           }
STATE FARM MUTUAL AUTOMOBILE }
INSURANCE COMPANY, }
    Defendant.

**ENTERED**
**AUG 14 2000**

**MEMORANDUM OPINION**

    On August 11, 2000, the court heard oral argument on defendant's motion for partial summary judgment and on plaintiff's motion to dismiss or to ponder the question of subject matter jurisdiction.

    Even if the named plaintiff, Fayrene Pickard, were not seeking to represent a class, her individual claim for punitive damages would provide the requisite amount in controversy upon which to base diversity jurisdiction. Therefore, the court finds that it has subject matter jurisdiction and will deny plaintiff's motion.

    Although there is no rule precluding a defendant from filing a Rule 56 motion as its initial pleading, and although defendant makes a strong argument for partial summary judgment, the court agrees with plaintiff that in this case it is too early for a



dispositive ruling. Therefore, defendant's motion to dismiss or for partial summary judgment will be denied without prejudice to its right file a motion for summary judgment after a reasonable amount of discovery has been completed.

DONE this 14th day of August, 2000.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE